**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6830**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PAUL LENWILL CUPP,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CR-96-30024, CA-97-742-R)

─────────────

Submitted:  July 22, 1998          Decided:  August 10, 1998

─────────────

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Paul Lenwill Cupp, Appellant Pro Se.  Jean Barrett Hudson, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Lenwill Cupp seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Cupp, Nos. CR-96-30024; CA-97-742-R (W.D. Va. May 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2